450 A.2d 1067

Commonwealth v. Ortiz, Appellant.

Submitted May 24, 1982. Steven Craig

Tolliver, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.